# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

ELVIN STANLEY and
SANDRA G. STANLEY,

        Plaintiffs,

v.                        CIVIL ACTION NO.   5:17-cv-01231

JPMORGAN CHASE BANK, N.A.,

        Defendant.

### ORDER OF DISMISSAL

The Court, having been advised that the above-styled civil action has been compromised and settled, does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.   The Court **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.   The Court further **ORDERS** that any pending motions be **TERMINATED AS MOOT**.

The Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

        ENTER:   March 21, 2018

        */s/ Irene C. Berger*
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA